# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**C.A. NO. 01-10541RCL**

|  |  |
|---|---|
| **Dr. Bruce W. Lowney,**<br>    **Plaintiff** | ) )<br>) ) |
| **v.** | ) ) |
| **Boston University, Boston University**<br>**Benefits Plan, and Boston University**<br>**General Surgical Associates, Inc.**<br>    **Defendant** | ) )<br>) )<br>) )<br>) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO BOSTON UNIVERSITY AND BOSTON UNIVERSITY BENEFITS PLAN

IT IS HEREBY stipulated and agreed to by and between the undersigned attorneys that Plaintiff's claims against Boston University and Boston University Benefits Plan be, and hereby are, dismissed with prejudice.

Dr. Bruce W. Lowney
By his attorney,

Richard F. McCarthy
Attorney for Plaintiff
BBO No. 328580
Wilcox, Pirozzolo & McCarthy
50 Federal Street
Boston, MA 02110
(617) 482-5470

TRUSTEES OF BOSTON UNIVERSITY
By its attorney,

Robert B. Smith
Attorney for Defendant
BBO No. 546580
Office of the General Counsel
Boston University
125 Bay State Road
Boston, MA 02215
(617) 353-2326

Dated:  April 23, 2003

DOCKETED

